# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Robert H. Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00176-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Brett A Leverton, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on April 4, 2023.

April 4, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court